AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEWIS EASTON CANTWELL | ) | Case No. 21-089 (EGS) |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LEWIS EASTON CANTWELL                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3), & 2 (Civil Disorder); 18 U.S.C. §§ 1512(c)(2), & 2(Obstruction of an Official Proceeding)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building and Grounds);18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a Restricted Building and Grounds); 40 U.S.C. § 5104(e)(2)(D)
(Disorderly and Disruptive Conduct in a Capitol Building and Grounds); 40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing in a Capitol Building);18 U.S.C. § 2 (Aiding and Abetting)

Date: _____                                    _____
                                                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                           G. Michael Harvey, U.S. Magistrate Judge
                                                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                    _____
                                                                                        *Arresting officer's signature*

                                                                                        _____
                                                                                        *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: LEWIS EASTON CANTWELL

Known aliases:

Last known residence: 97 Ambria Dr., Waynesville, NC 28785

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 08/11/1985

Social Security number: 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

Height: 5'11"   Weight: 140-150

Sex: Male   Race: White

Hair: Brown   Eyes: Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 171093RC1

Complete description of auto:

Investigative agency and address: Special Agent Corey Zachman
FBI, Charlotte

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: