UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-089 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **LEWIS EASTON CANTWELL,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO UNSEAL CASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal this case. In support of its motion, the government states as follows:

On February 18, 2021, the defendant was arrested on the indictment in this case and he had his initial appearance before the Court in the Western District of North Carolina. A status hearing is scheduled before this Court on March 2, 2021. Accordingly, this case no longer needs to remain sealed, and the government requests that the Court enter an order unsealing the case.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov