AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of COLUMBIA

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>LEWIS E. CANTWELL<br>*Defendant* | )<br>)<br>) Case No. 21-CR-0089(EGS)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LEWIS E. CANTWELL

Date:   3/2/21

*Attorney's signature*

A. EDUARDO BALAREZO; DC BAR # 462659
*Printed name and bar number*

400 SEVENTH STREET, NW
SUITE 306
WASHINGTON, DC 20004

*Address*

AEB@BALAREZOLAW.COM
*E-mail address*

202-639-0999
*Telephone number*

202-639-0899
*FAX number*