AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
LEWIS EASTON CANTWELL

Case No. 21-089 (EGS)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **LEWIS EASTON CANTWELL**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 231(a)(3), & 2 (Civil Disorder); 18 U.S.C. §§ 1512(c)(2), & 2(Obstruction of an Official Proceeding)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building and Grounds);18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a Restricted Building and Grounds); 40 U.S.C. § 5104(e)(2)(D)
(Disorderly and Disruptive Conduct in a Capitol Building and Grounds); 40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing in a Capitol Building);18 U.S.C. § 2 (Aiding and Abetting)

Date: 2/17/21

*Issuing officer's signature*

City and state: WASHINGTON DC

EMMET G. SULLIVAN  - U.S. DISTRICT JUDGE
*Printed name and title*

---

### Return

This warrant was received on (date) 2-17-21, and the person was arrested on (date) 2-18-21
at (city and state) Sylva, North Carolina

Date: 2-18-21

*Arresting officer's signature*

Special Agent Corey Zachman
*Printed name and title*