**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | **Crim. No. 21-0089 (EGS)** |
| **LEWIS EASTON CANTWELL,** : | |
| : | |
| *Defendant.* : | |

**NOTICE**

Defendant Lewis Easton Cantwell, by and through undersigned counsel, respectfully requests that the attached Defendant's First Request for Discovery be made part of the record in this case.

Dated: Washington, DC
       March 16, 2021              Respectfully submitted,

                                  **BALAREZO LAW**

                                          /s/
               By: _____
                               A. Eduardo Balarezo
                               DC Bar # 462659
                               400 Seventh Street, NW
                               Suite 306
                               Washington, DC  20004
                               Tel. (202) 639-0999
                               Fax. (202) 639-0899
                               E-mail: aeb@balarezolaw.com

                               *Counsel for Michael Curzio*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of March 2021 I caused a true and correct copy of the foregoing Defendant's Notice of Filing and First Request for Discovery to be delivered via Electronic Case Filing to the Parties in this case.

/s/
_____
A. Eduardo Balarezo