


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, ) | |
|       Plaintiff, ) | |
| vs. ) | **DEFENDANT'S UNOPPOSED MOTION TO VACATE STATUS HEARING AND SCHEDULE A FUTURE CHANGE OF PLEA HEARING** |
| ) | |
| LEWIS EASTON CANTWELL, ) | |
|       Defendant. ) | |

Defendant Lewis Easton Cantwell ("Mr. Cantwell") respectfully moves the Court to vacate the Status Hearing currently scheduled for February 4th, 2022 at 10:00am, and schedule a future Change of Plea Hearing on a date convenient for the Court. The parties suggest a Change of Plea Hearing in approximately 14 days, preferably on a Friday.

In support, Mr. Cantwell states as follows:

1. If the Court were to convert the currently scheduled Status Hearing into a Change of Plea Hearing, counsel for Mr. Cantwell could not attend due to a calendaring conflict. He has a separate Status Hearing scheduled for the same date, but only 15 minutes later.

2. The other Status Hearing, which is pending in this District Court, is in *U.S. v. Derek Kinnison*, 21-CR-392 (RCL). That hearing is scheduled for February 4th, 2022, at 10:15am. Since Mr. Kinnison is one of six defendants, continuing Mr. Kinnison's Status Hearing would present logistical difficulties.

3. The parties have conferred, and the government does not object to Mr. Cantwell's request.

4. Mr. Cantwell consents to a tolling of the Speedy Trial Act until the next hearing.

//

//

1

WHEREFORE, for the foregoing reasons and good cause shown, Mr. Cantwell respectfully request that his motion be granted.

Date: January 29, 2022

Respectfully submitted,
DEFENDANT EASTON LEWIS CANTWELL
By Counsel.

BY: s/Nicolai Cocis
_____
Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
Email: nic@cocislaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2022, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis
_____
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com