LAW OFFICE OF NIC COCIS
Nicolai Cocis, State Bar No. 204703
25026 Las Brisas Rd.
Murrieta, California 92562
nic@cocislaw.com

Telephone:     (951) 695-1400
Facsimile:     (951) 744-0079

Attorney for Defendant
**Lewis Easton Cantwell**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>LEWIS EASTON CANTWELL,<br><br>              Defendant. | **Case No.   1:21-CR-00089-EGS**<br><br>**DEFENDANT'S SUPPLEMENTAL SENTENCING POSITION** |

Honorable Judge Sullivan:

        Mr. Cantwell apologize profusely in advance for failing to submit the attached character letters together with his Sentencing Position. He was under the mistaken belief that the deadline for submitting them was today rather than yesterday. He respectfully asks that Your Honor would nonetheless take them into account when considering his sentence.

Date:   August 30, 2022                          Respectfully submitted,

                                                 s/ Nicolai Cocis
                                                 _____
                                                 Law Offices of Nicolai Cocis
                                                 25026 Las Brisas Rd.
                                                 Murrieta, CA 92562
                                                 Telephone: (951) 695-1400

What can I say about Easton Cantwell. I have so many words and things to say about this absolutely wonderful soul. About his kind heart. His willingness to help anyone in need. His moral compass. This world is a better place with him in it, and im about to tell you how he has helped me in the most difficult time in my life.

I first met Easton at his tea shop "sip sum" in 2018. He hired my fiance Adam to DJ at his shop (Easton always had some kind of music or some kind of neat events going on at the shop). Adam knew Easton for a few years before I got to meet him. Adam and Easton was very close therfore me and easton became close as well!

Back in 2018 while Adam was setting up I sat at the bar asking Easton what tea would help with my nause. I was battling cancer at the

time and was going through chemo as well. So I was Nauseous quite often. Anyway without skipping a beat Easton said "I got just the thing for you." He mixed a couple of teas together (if you asked me what it was I couldn't tell you) I just remembered for the first in a long time I could actually feel normal for a second without this constant nausea hanging over my head and I was able to eat that night which was a rare occasion during that time. He kept checking on me make sure the tea was working. He never charged me when I came into the shop when I didn't feel good. He just wanted to make sure I was feeling okay or at least a little better. I knew from the moment I met him he had a very kind heart and willingness to help others in need.

Adam and I were there alot whether it was because Easton hired him for a show, just to

hang out, or for some the cool events he had at the tea shop like prom night. Which I absolutely loved. The tea shop was a safe place for people to go when you just need a friend or just a cup of tea Easton embodied peace and love in the tea shop and you could feel it when you walked through the doors. It was always a place of happiness and safety. Plus the conversation there was always top notch.

Needless to say we're very close. And when my fiance passed away November 2020 from a work accident. I asked Easton if I could have his memorial there (cause my fiance family and myself couldn't afford to pay for a memorial) before I could even finish the sentence he said yes. He shut down the tea shop for my Adam memorial which he didn't have to do. But he did it anyway because he just wanted to help even in some

small way. Easton... has been an angel to me sense my fiance passed away. He would pick up the phone when ever I called even in the middle of the night just to talk. He even let me stay in a spare bedroom in his house without hesitation or even asking me to pay rent cuz I couldn't stay in the same house me and my fiance made a life in. Let me paint it and let me make it my own. I can never repay his kindness. He would just keep saying to me "Adam would kick my ass if I didn't help you".

I witnessed this so many times being a Frequent guest at his tea shop and his home. If someone was hungry he would more often than not order a pizza and even asked them what they like on their pizza. One particular person that he let stay with him was a woman that had no place to go cuz her abusive husband kicked her out he offered her a job

at the tea shop and a place to stay until she could get back on her feet. I witnessed so many of those little acts of kindness. I have too many to name. Easton had never been a person to consider his own needs before others. He's one of those rare people who will give a homeless man his own jacket just so he can stay warm.

He literally saved me. Back in December 2020 I tried to kill myself. Because I couldn't deal with the pain of loosing my soulmate. He found me and talked me out of it. I own him my life I wouldn't be here if wasn't for Easton.

But their is so much I could say about this man. I've seen him do so much for the people around him. Whether it's giving $5 to homeless man that no one  pays attention too on the corner. Giving someone a place to

stay. Or something as simple as helping someone move. He is one the most beautiful humans I have ever had the privilege to know. He has made this world a more pleasant place by being born. He has truly made and done so much good in the time he has been on this earth. I just can't say enough about him. He has been a blessing to my life.

It's a miracle he is the way he is considering the horrific things that have happened to him as a small child and as an adult. I'm constantly surprised by his kindness he inspires me everyday to be better.

It breaks my heart to know that after January 6th. In less than a month he lost basically everything, his business, his home, almost all of his friends, he lost the respect he had in his community, getting death

threats everyday, was kicked out of restaurants and other public places, people have spit in his face. All because of something I told him about. It's really my fault that he is in this mess, I thought it would a great way to bond with my dad. Little did I know or anyone for that matter what would transpire that day. I blame myself everyday for this tragedy, it's just another scar on his heart that he has to endure, he already has far too many. Ever since this event I personally say as his girlfriend, Easton can't sleep most nights, and even had nightmares about what happened that day and what his future will look like. He doesn't leave the house at all unless it's work or the one place people don't judge him because they know his character vintage kava bar, because he's terrified of what people will do while he's out in public. He lives in my house now because he had no

where else to go agian he lost EVERYTHING over night and no one would rent to him because they presumed they knew him because of a few news articles. His life has changed  Drastically over an event he went to bond with my father that turned out to be far more than expected. He has suffered mentally and in some ways physically over this the past years. I ask respectfully that the court be kind to this man just as he has been to others. I hope the court doesn't not judge a person by a mistake verses a life time of  Servitude to others.

Sincerely,
Heather Halstead

11/2/2021

I MET EASTON IN 2019, & HAVE ONLY HEARD &
SEEN GREAT THINGS ABOUT & FROM HIM. EASTON
IS A PERSON THAT CARES DEEPLY FOR HIS
COMMUNITY, AND PUTS IN THE HARD WORK
NECESSARY TO MAKE CHANGES FOR THE
GOOD. HE'S DONATED & VOLUNTEERED FOR
FOOD DRIVES. HE USED HIS BUSINESS (SIP SUM
KAVA BAR) TO HELP HIS LOCAL COMMUNITY TO
GET SOBER FROM ALCOHOL & DRUGS, & HAS
TAKEN PEOPLE INTO HIS HOME TO SUPPORT THEM
WHEN THEY'VE BEEN DOWN ON THEIR LUCK.
HE IS VERY SELFLESS & USES HIS GAINS IN
LIFE TO IMPROVE THE LIVES OF OTHERS.
HE HAS ALWAYS SPOKEN KINDLY & RESPECTFULLY
OF OTHERS, & ALWAYS HAS SOMETHING NICE TO
SAY.

EASTON HAS ALSO HELPED ME PERSONALLY AS
A FRIEND, HELPING & TAKING A LOOK AT MY
BROKEN DOWN CAR WHEN I HAD NO ONE TO
CALL. HE HELPED COVER PART OF THE TOW BILL,
& FOR THAT I'M VERY GRATEFUL. EASTON IS
ONE OF THE MOST STAND-UP HUMANS I'VE
BEEN LUCKY ENOUGH TO CALL A FRIEND IN
THIS LIFE.

KIRA ASHCRAFT

I have known Easton Cantwell for many years, and we have often discussed politics and current events. Sometimes we agreed, and sometimes we disagreed, but I have never known him to hold any kind of extremist or violent position on any issue. In fact, I have always been impressed by his optimism, always convinced that, whatever problems our country may face, we can rise to meet the challenge through peaceful and democratic means. Easton has always expressed nothing but respect for law enforcement officers. I am certain that he would never intentionally harm or advocate harming anyone in a position of authority for any reason, as this would go directly against his deeply held principles of respect for law and order.

Jonathan T. Cross

11-2-2021

To whom may concern
        I am writing in reference to **Easton** Catnwell.
I have Personal known him for over six years.
and has always proven himself a Quality human
who always goes above and beyond to help
others. From given people a place to stay when
they had no place to go, to opening up a Tea bar
With the focus of given people a social enviroment
to get and stay off of drugs. Ive personally
witnessed him run towards a car accident to
help a man who was seriously injured. He's a great
man who I've never seen him contenting anyone
or being confiontational. He's not a rebelious
insurrectionist who wants to over turn the democratic
procedure of our nation, but a patiot who went to
a rally and wanted to help people during the chaos.
I plea that you take leniency on him. He's not a violent
terroist he's a great American.

Lewis Easton Cantwell, in my opinion
is an honest, dependable, and trust worthy
friend. Over the years of him and I's friendship,
Easton has always been there for me in times of
hardship, as well as the good times. Even in instances
where quick thinking is required, Easton has still made
the right calls.

Recently, an older man had an automotive
accident and was in rough shape. Easton ~~was~~
~~im~~ Immediately sprung into action to assist this
man, when others didnt even know where to
begin. He has displayed superb character for the
entirety of the time I have known this man.
I can trust him with my life, in any situation.

 - Benjamin Thomas Crisp

Forrest Alexander Warner    11/2/21

Lewis Easton Cantwell has
been a great friend to me for
years. He has always stood strong
in mine and others times of need.
He has lent me space to sleep and
eat. He is always caring, kind and
courteous to others and myself.
He always lends a hand when one is
down and is always their to pick a
man up off the up ground. He deserves the
best.

Forrest Alexander Warner

I, James Goodman, have known Easton Cantwell for a little over two years. He has always been a stand-up guy. Quick to jump to someone's aid, responsible, and timely. Easton Cantwell has always struck me as a gentle-man sat on a solid foundation. Even though he & I's political views differ from time to time I have never felt threatened; in fact, Easton has always been one to engage in intelligent discussion on the issues he is passionate about.

— James Goodman

To whom it concerns:

Easton lays an important part of the foundation of our community. He is always the first to help anybody in need. He has housed friends in need multiple times. He helped me move. He opened up a Kava Bar to help get people off hard drugs and stay off drugs. He has helped people learn gun safety. There are few people I can trust to be there and Easton is one of them. I always feel very safe around him, and I really think that speaks to his character the most.

He does so much good in the Asheville community, and we want to keep it that way.

— Kelsey Klingenmeyer

11/2/21

I Met Easton in 2016 in downtown Asheville. I Was Down on My Luck, broke, and lost. Easton Comforted Me and told Me his story, coming from Florida after finishing his tours in the Military. He assured me that everything would be ok, paid for My gas and Ever since then, has been an amazing friend. During the floods that devistated WNC, Easton Selflessly gave food & Security to the affected areas. Easton Started and owned an establishment that has helped Myself & others who struggle with alcohol & other addictions. His Character is that of Someone with integrity, dicipline, honesty & love for those around him. He Selflessly served his country, his community, and his friends.

I wouldn't be the person I am had it not have been for Easton. He has inspired me to try and achieve things I thought I could never do. His Selfless lifestyle Continues to inspire others to Achieve greatness.

Sincerly,
Jeremiah Robinson

I've known Easton Cantwell for 5 years, now.
He's been a good and kind friend since
the day I met him. He's helped dozens of
people since I met. He does events at
his place for friends and even pay for all
of it, just to please friends. The time
I met Easton was on a group hiking
trip. We got along well since we
are both invested in the outdoors.
I see great loyalty to whom he calls
friends and family. He once stopped
midway while he was working to come
and jump me off when I was stranded
on the highway for 2 hours. I have
nothing but respect for Easton, since
the day I met him. I'm thankful for
the things he has done for this
country, and thankful for him as a friend.
I've watched him take people into his
home to help them on thier feet, just
because he has the capability too.
I am blessed to have met Easton
Cantwell in this life and blessed
to call him a friend.

Hunter Treadway

To Whom It may Concern,

I've Known EASTON CANTWELL
For Several years. I met
him as the proprietor of
a Small business he ran
out in Sylva, NC. In our
first interaction he made an
Immediate Impression, speaking
to me about the Importance
he places on the Comfort,
Safety, and positive atmosphere
he focused on as the
entrepeneur of a Small business.
He has always been

NOT ONLY a gentlemen and a kind businessman, but a man who sought to create a safe respectful environment at a college town tea house which is NOT an easy Job.

I happily and whole-heartedly offer my strenuous recommendation that MR. Cantwell be known as a man of character, integrity, honesty, and Stewardship

Sincerely,

Brandon L. Solomon

828-777-7000

AVLBrandonS@Gmail

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 30, 2022, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis

_____
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com