# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
|         Plaintiff, ) | |
| vs. ) | |
| ) | **DEFENDANT'S RESPONSE TO APPLICATION FOR ACCESS TO VIDEO EXHIBITS** |
| ) | |
| LEWIS EASTON CANTWELL, ) | |
| ) | Case No: 21-CR-00089-CKK |
|         Defendant. ) | |

<u>Mr. Cantwell's Response</u>

Mr. Cantwell takes no position the Press Coalition's petition to access video and photo exhibits, Dkt. 56.

Mr. Cantwell does note that the video and photo exhibits may be subject to this Court's Protective Order, Dkt. 16, which has governed this case for approximately 1 year and 6 months.

Date: October 18, 2022

Respectfully submitted,
DEFENDANT EASTON LEWIS CANTWELL
By Counsel.

BY: s/Nicolai Cocis
_____
Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
Email: nic@cocislaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2022, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

                                     s/ Nicolai Cocis
                                     _____
                                     Law Office of Nicolai Cocis
                                     25026 Las Brisas Rd.
                                     Murrieta, CA 92562
                                     Telephone: (951) 695-1400
                                     nic@cocislaw.com