**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-89 (CKK)** |
| | **:** | |
| **LEWIS EASTON CANTWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video and photographic evidence available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exb 1. Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021.png | Open Source Twitter users @ne0ndistraction and @sansastark525 | Open-Source Rendering of Capitol Building and Grounds as they appeared on January 6, 2021 |
| 2 | Exb 2A-D. Still from USCP security footage of the West Lawn | USCP security footage | Stills from USCP security footage showing the progression of the crowd, from the outer barricades (top left), to the first manned police barricade (top right), to engaging with USCP at the second manned police barricade (bottom left), and beginning to fill the Lower West Plaza (bottom right). |
| 3 | Exb 3A-D. West Plaza Breach on Jan 6.jpg | USCP security footage | The breach of the West Plaza barricades (top left) was followed by the formation of a USCP officer wall (top |

| | | | right) until MPD officers arrived with bike rack barriers for a defensive line at the top of the West Plaza stairs (bottom left).   In the photo of the nearly completed bicycle rack barrier line as of 1:39 pm, a large Trump billboard which would later be used against the police line like a battering ram is visible (bottom right). |
|---|---|---|---|
| 4 | Exb 4A-C. Breach of Police Line on West Plaza | USCP security footage | Breakthroughs in the defensive line on both the left and right flanks (top) caused the entire police line to collapse and individual officers were swallowed by the crowd (middle) and many officers were assaulted as they waited in a group to retreat through doors and stairwells up onto the inaugural stage (bottom). |
| 5 | Exhibit 5. Inauguration at the U.S. Capitol.jpg | Architect of the Capitol, https://www.aoc.gov/what-we-do/programs-ceremonies/inauguration | West Front of the Capitol on Inauguration Day. |
| 6A | Exhibit 6A Cantwell Video.mp4 | Cantwell Video from his phone | 22 second video of Cantwell on the West side of the Capitol |
| 6B | Exhibit 6B Cantwell Video.mp4 | Cantwell Video from his phone | 21 second video of Cantwell on the West side of the Capitol |
| 7 | Exhibit 7 CANTWELL Calls for Fresh Patriots.mp4 | Obtained from defendant Yvonne St Cyr | 5 minute 30 second segment from St Cyr video |
| 7A | Exhibit 7.1 Still from 7.png | Obtained from defendant Yvonne St Cyr | Still from Exhibit 7 |

| 8A | Exhibit 8A Cantwell Video of Himself.mp4 | Video from Cantwell's Phone | 52 second video Cantwell took inside the Lower West Terrace Tunnel |
|---|---|---|---|
| 8B | Exhibit 8B Cantwell Video of Himself.mp4 | Video from Cantwell's Phone | 46 second video Cantwell took inside the Lower West Terrace Tunnel |
| 8C | Exhibit 8C Cantwell Phone Video.mp4 | Video from Cantwell's Phone | 1 minute 25 second video Cantwell took inside the Lower West Terrace Tunnel |
| 8D | Exhibit 8D Cantwell Video of Himself calling for Fresh Patriots.mp4 | Video from Cantwell's Phone | 1 minute 57 second video Cantwell took inside the Lower West Terrace Tunnel, in which he calls for "fresh patriots to the front!" |
| 8E | Exhibit 8E Cantwell Video of Himself.mp4 | Video from Cantwell's Phone | 14 second video Cantwell took inside the Lower West Terrace Tunnel |
| 8F | Exhibit 8F Cantwell Video of Himself.mp4 | Video from Cantwell's Phone | 49 second video Cantwell took inside the Lower West Terrace Tunnel |
| 8G | Exhibit 8G Cantwell Video of Himself heave ho and 45 cops cant hold everyone back.mp4 | Video from Cantwell's Phone | 4 minute 6 second video Cantwell took inside the Lower West Terrace Tunnel, in which Cantwell films the heave ho, Officer Hodges in the door, and says 45 cops can't hold everyone back. |
| 8G.1 | Exhibit 8G.1 Still from Ex 8G Hodges.png | Video from Cantwell's Phone | Still from Exhibit 8G |
| 8H | Exhibit 8H Cantwell Video of Himself Get the Door Open.mp4 | Video from Cantwell's Phone | 1 minute 19 second video Cantwell took inside the Lower West Terrace Tunnel |
| 9A | Exhibit 9A CCTV tunnel 240pm.mp4 | CCTV tunnel | 1 minute 25 second video showing Cantwell coming into the Lower West Terrace Tunnel at approximately 2:40pm |
| 9A.1 | Exhibit 9A.1 Still from Exhibit 9A.png | CCTV tunnel | Still from Exhibit 9A |
| 9B | Exhibit 9B CCTV tunnel 303 to 318pm.mp4 | CCTV tunnel | 15 minute 44 second video of the mob, at times Cantwell is within camera view inside the Lower West Terrace Tunnel at approximately 3:03pm to 3:18pm |

| 10 | Exhibit 10 Cantwell on Lang Video calling Our House.MOV | Video from defendant Edward Lang | Cantwell in another defendant's video calling "our house." |
|---|---|---|---|
| 11 | Exhibit 11 Cantwell in Video titled Political Trance.mp4 | Open-Source Video, Titled "Political Trance" | 3 minutes of a 10-minute video.  Cantwell circled in yellow on Lower West Terrace just outside the Tunnel at approximately 3:39-4:02pm |
| 11.1 | Exhibit 11.1 Still from Ex 11 Cantwell beckons others closer.png | Open-Source Video, Titled "Political Trance" | Still from Exhibit 11 |
| 11.2 | Exhibit 11.2 Still from Ex 11 | Open-Source Video, Titled "Political Trance" | Still from Exhibit 11 |
| 12 | Exhibit 12 CANTWELL Near Tunnel Yellow Square.mp4 | Open-Source Video, Titled "FULL FOOTAGE; Patriots STORM U.S. Capitol" found at https://www.youtube.com/watch?v=iNFcdpZdkh0&t=3509s | Approximately 8 minutes and 35 seconds of a 90-minute video.  Cantwell circled in yellow on the Lower West Terrace |
| 12.1 | Exhibit 12.1 Still from Ex 12.png | Open-Source Video, Titled "FULL FOOTAGE; Patriots STORM U.S. Capitol" found at https://www.youtube.com/watch?v=iNFcdpZdkh0&t=3509s | Still from Ex 12 |
| 12.2 | Exhibit 12.2 Still from Ex 12.png | Open-Source Video, Titled "FULL FOOTAGE; Patriots STORM U.S. Capitol" found at https://www.youtube.com/watch?v=iNFcdpZdkh0&t=3509s | Still from Ex 12 |
| 13 | Exhibit 13 Cantwell Video of Himself.mp4 | Video from Cantwell's Phone | 20 second video Cantwell took just outside the tunnel |
| 14 | Exhibit 14 Cantwell Facebook post.png | Post from Cantwell's Facebook page | Post from Cantwell's Facebook page regarding the events at the Capitol |

| 15 | Exhibit 15 Impact Statement.mp4 | Impact Statement of Lower West Terrace Tunnel Commander Kyle | 14 minute, 19 second video narrated by Commander Kyle, incorporating CCTV, BWC, and open-source video |
|----|----|----|----|

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      /s/ *Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney
AZ Bar No. 016742
Capitol Riot Detailee
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 21st day of October, 2022, a copy of the foregoing was served on counsel

of record for the defendant via the Court's Electronic Filing System.

/s/*Jacqueline Schesnol*
Jacqueline Schesnol
Assistant United States Attorney