UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEWIS EASTON CANTWELL,<br><br>  Defendant. | Case No. 21-cr-89 (CKK) |

**GOVERNMENT'S ADDENDUM TO ITS SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits video **Exhibits 16-19**, in response to the Court's December 1, 2022 minute order requesting video or other evidence of Defendant Cantwell in relation to Metropolitan Police Department ("MPD") Officer Michael Fanone.

Defendant Cantwell asserts that he assisted a law enforcement officer on the west front of the U.S. Capitol. (ECF 51 at 4.)  Cantwell was on the west front of the Capitol from at least 2:41 p.m. until approximately 4:18 p.m. (ECF 49 at 17 and 25.)  Officer Fanone was assaulted between approximately 3:18 – 3:21 p.m.

**Exhibit 16** is an open-source video depicting the crowd on the west front of the U.S. Capitol.  In this exhibit, Defendant Cantwell is circled in yellow and MPD Officer Fanone is circled in blue.  Another officer, United States Capitol Police Officer M.M. was also dragged into the crowd by rioters at the same time as Officer Fanone.  Officer M.M. is circled in white.[1]

**Exhibit 17** is an open-source video depicting the crowd on the west front of the U.S. Capitol at the time Officer Fanone was pulled into the crowd.  In this exhibit, Defendant Cantwell

---

[1] Despite being a USCP officer, M.M. is depicted wearing an MPD helmet.  Officer M.M picked up that piece of MPD equipment and donned for protection.

1

is circled in yellow.

**Exhibit 18** is shows Officer Fanone's body worn camera during a portion of the time he was assaulted.  Defendant Cantwell is not visible on this video.

**Exhibit 19** is an interview of Officer Fanone on CNN relevant to the people in the crowd that provided him assistance.

Reviewing **Exhibits 16-18**, there is no evidence that Cantwell assisted any law enforcement officer.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY: */s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Trial Attorney
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov