LAW OFFICE OF NIC COCIS
Nicolai Cocis, State Bar No. 204703
25026 Las Brisas Rd.
Murrieta, California 92562
nic@cocislaw.com

Telephone:  (951) 695-1400
Facsimile:  (951) 744-0079

Attorney for Defendant
**Lewis Easton Cantwell**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEWIS EASTON CANTWELL, <br><br> Defendant. | Case No.  1:21-CR-00089-CKK <br><br> **DEFENDANT'S NOTICE OF FILING SENTENCING EXHIBITS** |

In response to Your Honor's Minute Order dated December 1, 2022, Mr. Cantwell submits 14 exhibits to be used at his sentencing. The exhibits are contained on a flash drive which was, as requested, delivered to Your Honor's chamber.

Exhibit 1 is a clip from a longer video posted publicly on YouTube by a source unknown to Mr. Cantwell. That entire YouTube video is approximately 1 hour and 25 minutes and it can be viewed at https://www.youtube.com/watch?v=iNFcdpZdkh0. When viewing the entire video footage, the video clip in Exhibit 1 starts at approximately 55:25 and ends at approximately 57:05. The entire video is not included on the flash drive because the majority of the footage is not relevant to Your Honor's Order.

Exhibits 2 through 14 are screenshots from Exhibit 1 which depict Mr. Cantwell.

Date:   December 5, 2022                              Respectfully submitted,

                                                                                              s/ Nicolai Cocis

                                                                                              Law Offices of Nicolai Cocis
                                                                                              25026 Las Brisas Rd.
                                                                                              Murrieta, CA 92562
                                                                                              Telephone: (951) 695-1400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2022, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis
_____
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com