UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEWIS EASTON CANTWELL<br><br>Defendant. | Case No. 21-cr-00089 (CKK) |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned counsel, herby informs the Court that Assistant United States Attorney Jacqueline Schesnol, as counsel for the United States, is terminating her appearance as counsel of record in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Assistant United States Attorney Capitol
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov